| | |
|---|---|
| 1 | David D. Lawrence, Esq. [State Bar No. 123039] |
| 2 | E-Mail: dlawrence@lbaclaw.com<br>Christina M. Sprenger, Esq. [State Bar No. 205105] |
| 3 | E-Mail: csprenger@lbaclaw.com<br>Matthew M. Griffiths, [State Bar No. 283954] |
| 4 | Email: mgriffiths@lbaclaw.com<br>LAWRENCE BEACH ALLEN & CHOI, PC |
| 5 | 2677 North Main Street, Suite 370<br>Santa Ana, California 92705 |
| 6 | Telephone No.: (714) 479-0180<br>Facsimile No.:  (714) 479-0181 |
| 7 | |
| 8 | Attorneys for Defendant, SANDRA HUTCHENS, MICHAEL MCHENRY, TONI BLAND and THEO LACY FACILITY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MOHAMED MAHMOUD BEDIER, A075-673-645, | ) | Case No. SACV12-1724 CJC (ANx) |
| Plaintiff, | ) | |
| vs. | ) | |
| JANET NAPOLITANO, Secretary of Department of Homeland Security, in her official capacity and individual capacity; TIMOTHY ROBBINS, Los Angeles Field Office Director, in his official and individual capacity; MICHAEL MCHENRY, in his official and individual capacity; SANDRA HUTCHENS, in her official and individual capacity; TONI BLAND, in her official and individual capacity; JOSE BARR, in his individual capacity; Adelanto Detention Center; Theo Lacy Facility, The GEO Group, Inc, a corporation; JOHN DOES (1-20), individuals, | ) | **JUDGMENT** |
| Defendants. | ) | **MATTER FOR DETERMINATION BEFORE THE HONORABLE CORMAC J. CARNEY** |

1
JUDGMENT

1    On June 12, 2013, Defendants Janet Napolitano, Timothy Robbins, Jose Barr,
2 Sandra Hutchens, Toni Bland, Michael McHenry, and Theo Lacy Facility filed
3 Motions for Summary Judgment with the Court.
4    On June 24, 2013, Defendant The GEO Group, Inc. filed a Motion for
5 Summary Judgment with the Court.
6    On July 29, 2013, after full consideration of the relevant evidence including
7 the Declarations and Exhibits, the Separate Statements of Facts and Conclusions of
8 Law, and the briefs submitted by counsel, the Court issued an Order granting all
9 moving Defendants' Motions for Summary Judgment.  There is no triable issue of
10 material fact in this case with regard to the claims against Defendants, and all
11 moving Defendants are entitled to summary judgment as a matter of law.
12    IT IS HEREBY ADJUDGED AND DECREED as follows:
13    Judgment is entered in favor of Defendants Janet Napolitano, Timothy
14 Robbins, Jose Barr, Sandra Hutchens, Toni Bland, Michael McHenry, Theo Lacy
15 Facility, and The GEO Group, Inc.
16    Plaintiff recovers nothing.
17    The action is dismissed on the merits.
18    Defendants are the prevailing parties for the purpose of any recovery of
19 allowed costs as set forth in Federal Rule of Civil Procedure 54 and Central District
20 Local Rule 54.  Any costs and attorney's fees which the Court deems recoverable
21 will be reserved and determined by the Court upon further proceedings.

**IT IS SO ORDERED.**

Dated: August 08, 2013              _____
                                    HONORABLE CORMAC J. CARNEY

JUDGMENT